IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MONTREAL SHORTER,<br><br>   Plaintiff,<br><br>v.<br><br>CLEANING CONNECTION, INC.,<br><br>   Defendant. | CASE NO: 4:19-cv-370<br><br>**NOTICE OF REMOVAL** |

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW the Defendant Cleaning Connection, Inc. ("Defendant") and files this Notice of Removal ("Notice") of this suit from the Iowa District Court for Polk County, Iowa, Case No. LACL145893, to this United States District Court for the Southern District of Iowa, Central Division, pursuant to 28 U.S.C. §§ 1331, 1367(a), 1441(a), and 1446, because this action was brought on a claim arising under the laws of the United States, with other claims so related to this federal question such that they form part of the same case or controversy, stating to the Court as follows:

## INTRODUCTION

1. Montreal Shorter ("Plaintiff") filed an action (the "Lawsuit") in the Iowa District Court for Polk County on October 7, 2019.

2. The Lawsuit alleges two counts: (I) "RETALIATORY DISCHARGE IN VIOLATION OF PUBLIC POLICY" and (II) "VIOLATION OF THE FAMILY MEDICAL LEAVE ACT."

3. Defendant was served on October 17, 2019.

4. Defendant has not filed an answer in the Lawsuit.

## GROUNDS FOR REMOVAL

**A.     This Court has Original and Supplemental Jurisdiction over the Lawsuit.**

5.     Defendant timely files this Notice within the 30-day time of 28 U.S.C. § 1446(b)(1).

6.     Section 1441(a) provides, "[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending."

7.     The United States District Courts have original jurisdiction of all civil actions arising under the laws of the United States.  28 U.S.C. § 1331.

8.     The Family Medical Leave Act (the "FMLA"), codified at 29 U.S.C. §§ 2601–2654, is a law of the United States over which the District Courts have original jurisdiction.

9.     Section 1367(a) provides, "[I]n any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution."

10.    Plaintiff's claim for retaliatory discharge is so related to their FMLA claim that the claims form part of the same case or controversy.

11.    Plaintiff's claim does not raise a novel or complex issue of state law, Plaintiff's FMLA claim has not yet been dismissed, and there are no compelling reasons to decline jurisdiction.  Judicial economy, convenience, fairness, and comity all point toward exercising jurisdiction over all Plaintiff's claims together.

**B.     The Polk County Lawsuit Court Records are attached.**

12. True and correct copies of all pleadings, process, orders, and other filings in the Lawsuit are attached to and filed with this Notice, as required by 28 U.S.C. §§ 1446(a) and 1449.

**C. There are No Motions Pending in the Polk County Lawsuit.**

13. Once this matter is removed, Defendant expects to file a responsive pleading to Plaintiff's Petition. There is no motion currently pending for resolution by the Court in advance of removal.

**D. All Counsel and Law Firms who have appeared are Identified Here.**

14. The counsel listed below has appeared in the Polk County District Court to represent the parties to this matter:

| On behalf of Plaintiff: | On behalf of Defendant: |
|---|---|
| Madison Fiedler-Carlson<br>David Albrecht<br>FIEDLER LAW FIRM, P.L.C.<br>8831 Windsor Parkway<br>Johnston, Iowa 50131<br>Telephone: 515.254.1999<br>Facsimile: 515.254.9923<br>Email: madison@employmentlawiowa.com<br>Email: david@employmentlawiowa.com | Brian P. Rickert<br>Danielle Smid<br>BROWN, WINICK, GRAVES, GROSS, BASKERVILLE AND SCHOENEBAUM, P.L.C.<br>666 Grand Avenue, Suite 2000<br>Des Moines, Iowa 50309-2510<br>Telephone: 515.242.2400<br>Facsimile: 515.242.2488<br>Email: rickert@brownwinick.com<br>Email: smid@brownwinick.com |

**E. Venue is Proper in this District and Division.**

15. The Southern District of Iowa, Central Division, embraces Polk County, Iowa, which is the State District Court in which this Lawsuit was pending.

16. Plaintiff alleges the acts of which they complain occurred in Polk County, Iowa.

**F. Defendant will File this Notice with the State District Court.**

3

17. Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly file a copy of this Notice and a Notice of Filing of Notice of Removal with the district clerk of the Iowa District Court for Polk County, Iowa, and will give written notice thereof to all adverse parties.

## NON-WAIVER OF DEFENSES

18. By removing this action from the Iowa District Court for Polk County to this United States District Court, Defendant does not waive any defenses available to it and expressly reserves all such defenses.

19. By removing this action from the Iowa District Court for Polk County to this United States District Court, Defendant does not admit any of the allegations made in Plaintiff's Petition.

## CONCLUSION

20. For the reasons stated in this Notice, removal of the Lawsuit from the Iowa District Court for Polk County to this District and Division is proper under 28 U.S.C. §§ 1331, 1367(a), 1441(a), and 1446, because this Court has original and supplemental jurisdiction over the claims asserted therein.

**WHEREFORE, PREMISES CONSIDERED**, Defendant requests the Court remove the action to the United States District Court for the Southern District of Iowa, Central Division.

Respectfully submitted,

*/s/ Brian Rickert*
Brian P. Rickert, AT0006633
Danielle Smid, AT0002148
BROWN, WINICK, GRAVES, GROSS,
BASKERVILLE AND SCHOENEBAUM, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510
Telephone:  515-242-2400
Facsimile:   515-242-2488
Email:   rickert@brownwinick.com
              smid@brownwinick.com

ATTORNEYS FOR DEFENDANT

# CERTIFICATE OF SERVICE

I certify that on November 15, 2019, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to all counsel of record registered with the ECF system.

In addition, on this same date, I emailed and separately mailed by USPS regular mail, postage prepaid, a copy of the foregoing to:

Madison Fiedler-Carlson
David Albrecht
FIEDLER LAW FIRM, P.L.C.
8831 Windsor Parkway
Johnston, Iowa 50131
Telephone: 515.254.1999
Facsimile: 515.254.9923
Email: madison@employmentlawiowa.com
Email: david@employmentlawiowa.com
ATTORNEYS FOR PLAINTIFF

*/s/ Crystal Seaman*